UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
     :
CARLOS RUIZ FLOREZ,     :
     :
                          Plaintiff,     :
     :     25-cv-6706 (VSB)
            -against-     :
     :     **ORDER**
505-507 WEST 23RD OWNERS CORP. *and*  :
SDFL LLC     :
                        Defendants.  :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       It has been reported to the Court that the parties in this case have reached a settlement agreement.  Accordingly, it is hereby:

       ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.

SO ORDERED.

Dated: October 14, 2025
       New York, New York

                                                                 _____
                                                                 Vernon S. Broderick
                                                                 United States District Judge